In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00302-CR


NO. 09-09-00303-CR


____________________



DAWAYNE FONTNETTE, Appellant



V.


 

THE STATE OF TEXAS, Appellee


 




On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 92795 and 92796





 

MEMORANDUM OPINION



 Appellant Dawayne Fontnette pled guilty to aggravated robbery and assault on a
public servant. In each case, the trial court found the evidence sufficient to find Fontnette
guilty, but deferred further proceedings, placed Fontnette on community supervision for ten
years, and assessed a fine of $2500. The State subsequently filed a motion to revoke
Fontnette's unadjudicated community supervision in both cases. Fontnette pled "true" in
both cases to two violations of the conditions of his community supervision. In each case,
the trial court found that Fontnette violated the conditions of his community supervision and
found him guilty. In the aggravated robbery case, the trial court assessed punishment at
forty-five years of confinement. In the assault on a public servant case, the trial court
assessed punishment at ten years of confinement. The trial court ordered that the sentences
were to run concurrently.

 Fontnette's appellate counsel filed briefs that present counsel's professional
evaluation of the records and conclude the appeals are frivolous. See Anders v. California,
386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex.
Crim. App. 1978). On September 10, 2009, we granted an extension of time in each case for
appellant to file a pro se brief. We received no response from the appellant. We reviewed
the appellate records, and we agree with counsel's conclusion that no arguable issues support
the appeals. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeals. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). 
We affirm the trial court's judgments. (1)

 AFFIRMED.

 ________________________________

 STEVE McKEITHEN 

 Chief Justice


Submitted on February 9, 2010

Opinion Delivered February 17, 2010

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.